■ In the Matter of ROGER A. KARAN, JR., Appellant, v KAREN L. KARAN, Respondent. [858 NYS2d 617]—Appeal from an

order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered June 20, 2007 in a proceeding pursuant to Family Court Act article 4. The order dismissed the petition to modify a prior order by terminating petitioner's child support obligation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Lunn, Fahey, Peradotto and Gorski, JJ.